UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| AXA EQUITABLE LIFE INSURANCE COMPANY, ) ) ) ) Plaintiff, ) ) v. ) ) JASON A. GRISSOM, DANIEL B. ) GRISSOM, JOSHUA S. GRISSOM, JASON ) A. GRISSOM IN HIS CAPACITY AS ) EXECUTOR UNDER THE LAST WILL ) AND TESTAMENT OF DANIEL M. ) GRISSOM, AND LOLITA ELAINE CAMP, ) ) Defendants. ) | Case No. 3:11-0618 Judge Haynes Magistrate Judge Knowles |

## RENEWED MOTION FOR STAY OF JUDGMENT PENDING APPEAL

Defendant, Lolita Elaine Camp Grissom (Mrs. Grissom), by her attorney Harold H. Parker, having filed a new motion to set an appeal bond that in the judgment of the Court will be a fair and proper amount, moves this Honorable Court to stay enforcement of the judgment in this action and any other proceedings in connection with this action pending the disposition of Mrs. Grissom's appeal to the United States Court of Appeals for the Sixth Circuit.

Ms. Camp prays that she will be given a reasonable amount of time to secure the required bond. Ms. Camp asks that the reasonable time be until November 30, 2012. Ms. Camp asks that she be allowed to make this bond by credit card or a cashier's check.

[Handwritten annotation: Order SK / This motion is GRANTED, provided a bond as requested by the Order (Dkt No. 123) is filed within ten (10) days from the date of the Order. /s/ [signature] 11-28-12]

Dated: November 9, 2012

Respectfully submitted,

s/ Harold H. Parker
Harold H. Parker, #021916
*Counsel for Lolita Elaine Camp*
745 South Church Street, Unit 240
Murfreesboro, TN 37130
(615) 417-2177
Fax: (615) 896-3121
harold.parker@comcast.net

Page 1 of 2